IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY BEASLEY                                                                                    PLAINTIFF

3:15-cv-00209-JTK

CAROLYN COLVIN, *Commissioner*,                                                    DEFENDANT
Social Security Administration

## JUDGMENT

Consistent with the Memorandum and Order entered today, the final decision of the Commissioner of the Social Security Administration is affirmed. Plaintiff's case is dismissed with prejudice.

SO ADJUDGED.

_____
United States Magistrate Judge